EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2002

at 11 o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00375 DAE |
| Plaintiff, ) | INDICTMENT |
| v. ) | |
| PATRICK LEE, ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 18 U.S.C. § 924(c)] |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 28, 2002, in the District of Hawaii, PATRICK LEE knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT 2

The Grand Jury further charges:

On or about February 28, 2002, in the District of Hawaii, PATRICK LEE knowingly and intentionally possessed a firearm, to wit, a Ruger .357 Magnum revolver, serial number 155-74310, during and in relation to a drug trafficking crime, to wit, possession with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

DATED: 9/11/02, at Honolulu, Hawaii.

A TRUE BILL.

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney

2